LEE BROTHERS, INC., Respondent, v. CARABAO BUILDING CO., INC., and Others, Defendants, Impleaded with LIDO BUILDING CO., INC., Appellant.— Order affirmed,

with ten dollars costs and disbursements.   No opinion.   Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.